UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEREK SHARLOW,

                            Plaintiff

     -against-

ANN BORDLEY, CYNTHIA WOLPERT,
SOLOMON ROSENGARTEN, CHARLES
J. HYNES, and WILBUR A. LEVIN,

                            Defendants.
------------------------------------------------------------X

JUDGMENT
03-CV-1041 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 17 2006 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 1, 2006, dismissing plaintiff's petition; and ordering that a Certificate of Appealability will not issue; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's petition is dismissed; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
         March 03, 2006

                                                  s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court